[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Dunson*, Slip Opinion No. 2020-Ohio-3871.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3871

THE STATE OF OHIO, APPELLANT, *v.* DUNSON, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Dunson*, Slip Opinion No. 2020-Ohio-3871.]**

*Court of appeals' judgment reversed on the authority of* State v. Taylor *and cause remanded.*

(No. 2017-0186—Submitted July 22, 2020—Decided August 4, 2020.)

APPEAL from the Court of Appeals for Montgomery County,

No. 26990, 2016-Ohio-8365.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of *State v. Taylor*, __ Ohio St.3d __, 2020-Ohio-3514, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FISCHER, and DEWINE, JJ., concur.

FRENCH and STEWART, JJ., would not remand the cause.

DONNELLY, J., dissents for the reasons set forth in the dissenting opinion in *Taylor*.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Andrew T. French and Heather N. Jans, Assistant Prosecuting Attorneys, for appellant, state of Ohio.

Timothy Young, Ohio Public Defender, and Patrick T. Clark, Assistant Public Defender, for appellee, James L. Dunson.

American Civil Liberties Union of Ohio Foundation, Elizabeth Bonham, Caitlin Hill, and Freda J. Levenson, urging affirmance for amici curiae American Civil Liberties Union of Ohio, American Civil Liberties Union Foundation, Southern Poverty Law Center, and Lawyers' Committee for Civil Rights Under Law.

_____